**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**MOBILE DIVISION**

| | | |
|---|---|---|
| **THE TRAVELERS INDEMNITY** | § | |
| **COMPANY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO.: 1:19-cv-00271-N** |
| | § | |
| **CLEMONS MARKETING, LLC;** | § | |
| **MICHAEL SHAWN CLEMONS;** | § | |
| **LEAF MARINE** | § | |
| **DISTRIBUTION, LLC; &** | § | |
| **ZERO RPM, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff The Travelers Indemnity Company and, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, gives notice of dismissal of all claims asserted in this action against all Defendants with prejudice, costs taxed as paid.

Respectfully submitted,

 s/Joel S. Isenberg
Joel S. Isenberg (ASB-8855-N76J)
Seth T. Hunter (ASB-8506-S76H)
Counsel for The Travelers Indemnity Company

**OF COUNSEL:**
ELY & ISENBERG, LLC
2100-B SouthBridge Parkway, Suite 380
Birmingham, Alabama 35209
Telephone: (205) 313-1200
Facsimile: (205) 313-1201
jisenberg@elylawllc.com
shunter@elylawllc.com

<u>**CERTIFICATE OF SERVICE**</u>

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via electronic filing and/or U.S. Mail on this the 29th day of July, 2019.

Benjamin T. Rowe
CABANISS, JOHNSTON, GARDNER,
DUMAS & O'NEAL, LLP
P.O. Box 2906
Mobile, Alabama 36652
btr@cabaniss.com

Clemons Marketing, LLC
c/o Shawn Clemons
24957 Wolf Bay Terrace
Orange Beach, Alabama 36561

Leaf Marine Distribution, LLC
c/o Shawn Clemons
22634 Canal Road
Orange Beach, Alabama 36561

Michael Shawn Clemons
24957 Wolf Bay Terrace
Orange Beach, Alabama 36561

s/ Joel S. Isenberg
**OF COUNSEL**