IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, | : |
| Plaintiffs, | : |
| v. | CIVIL ACTION 19-00271-N |
| CLEMONS MARKETING LLC, et al, | : |
| Defendant(s). | : |

## CLERK'S NOTICE OF CLOSING

Pursuant to the filing of the Notice of Voluntary Dismissal, filed by the plaintiff on July 29, 2019 (Doc. 11), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is CLOSED.

DONE this 30th day of July, 2019.

CHARLES R. DIARD, CLERK

By:   s/Sandra Rey
       Deputy Clerk